**Flora LOPEZ, Petitioner**

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.**

No. 12–60970
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 13, 2014.

Flora Lopez, Los Angeles, CA, pro se.

Gregory Michael Kelch, Esq., Tangerlia Cox, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, for Respondent.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

Flora Lopez petitions this court for review of an order of the Board of Immigration Appeals (BIA) upholding the decision of an immigration judge (IJ) to deny her motion to reopen her immigration proceedings. Lopez, who is proceeding pro se, argues that that the IJ and BIA failed to consider whether she was eligible for dis-

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

cretionary relief based on two memorandums issued by the Director of Immigration and Customs Enforcement regarding the exercise of prosecutorial discretion. However, when she was before the IJ and the BIA, Lopez did not raise this issue. Accordingly, she failed to exhaust it, and we lack jurisdiction to address it. *See Omari v. Holder,* 562 F.3d 314, 318–19 (5th Cir.2009). Lopez does not challenge the BIA's reasons for denying relief, namely, that she failed to meet her burden to show that she did not receive notice of the immigration hearing and failed to establish that she acted diligently with regard to her immigration proceedings. Consequently, she has abandoned any challenge to the BIA's ruling. *See Calderon–Ontiveros v. INS,* 809 F.2d 1050, 1052 (5th Cir.1986).

The petition for review is DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.